# Court of Appeals
# of the State of Georgia

ATLANTA, __December 07, 2018__

*The Court of Appeals hereby passes the following order:*

**A19A0710. JARIUS JERMILL WARE v. THE STATE.**

In July 2017, Jarius Jermill Ware pleaded guilty to aggravated assault and other crimes and was sentenced to 15 years. In May 2018, Ware filed a motion to modify his sentence. The trial court denied the motion on June 8, 2018, and Ware filed a notice of appeal on July 12, 2018.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Ware's notice of appeal is untimely, as it was filed 34 days after entry of the trial court's order. Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__12/07/2018__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Ware initially appealed to the Supreme Court, which transferred the case to this Court. See Case No. S18A1573 (August 20, 2018).